1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  ELIZABETH D. KURLAN (CABN 255869)
   Assistant United States Attorney
4
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7298
6       Facsimile: (415) 436-6748
        Elizabeth.Kurlan@usdoj.gov
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN FRANCISCO DIVISION
11

12 ALEKSEI BELIAKOV,                        Case No. 3:25-cv-01498 TSH

13              Plaintiff,

14     v.                                   **JOINT STATUS REPORT IN RESPONSE TO
                                            THE COURT'S ORDER AND STIPULATION
15 KRISTI NOEM, in her official capacity as TO CONTINUE THE DEADLINE FOR
   Secretary of the United States Department of DEFENDANTS' RESPONSE TO PLAINTIFF'S
16 Homeland Security, *et al.*,             COMPLAINT; AND [P~~ROPOSED~~] ORDER**

17              Defendants.

18

19       Plaintiff and Defendants hereby respond to the Court's order directing the parties to provide a

20 joint status report, Dkt. No. 11, and the parties submit this stipulation requesting the Court to continue

21 the deadline for Defendants' response to Plaintiff's complaint. On May 29, 2025, the Court granted the

22 parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting the due date

23 for Defendants' response to May 28, 2025. *See* Dkt. 14. Defendants inadvertently missed the filing

24 deadline for their response due to an administrative calendaring error that set the due date on a different

25 date. Defendants sincerely apologize to the Court for their failure to comply with the deadline as a result

26 of this inadvertent administrative error.

27       The parties conferred and hereby respectfully request the Court to allow a brief extension for

28

1  Defendants to file their response to the complaint and set the deadline for June 16, 2025. The parties
2  make this request because Defendants' counsel has been handling multiple cases with emergency
3  deadlines, including a motion for temporary restraining order filed on June 6, 2025, and counsel needs
4  additional time to prepare and to finalize Defendants' response. In view of the agreed-upon extension for
5  Defendants' response to the complaint, the parties request that Defendants must file their motion for
6  summary judgment by August 13, 2025.

7  Dated: June 13, 2025                                  Respectfully submitted,[1]

8                                                        CRAIG H. MISSAKIAN
                                                         United States Attorney
9

10                                                        /s/ Elizabeth D. Kurlan
                                                         ELIZABETH D. KURLAN
11                                                       Assistant United States Attorney
                                                         Attorneys for Defendants
12

13  Dated: June 13, 2025
                                                         /s/ Arthur Minas
14                                                       ARTHUR MINAS
                                                         Minas Law
15                                                       Attorney for Plaintiff

16

17

18                              **[PROPOSED] ORDER**

19      Pursuant to stipulation, IT IS SO ORDERED.

20

21  Date:  June 17, 2025

22                                                       THOMAS S. HIXSON
                                                         United States Magistrate Judge
23

24

25

26  _____

27      [1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

28

Joint Status Report and Stipulation
C 3:25-cv-01498 TSH                                      2

**DECLARATION OF ELIZABETH D. KURLAN**

I, Elizabeth D. Kurlan, declare and state as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Northern District of California and counsel of record for the federal Defendants in the above-captioned action.

2. On May 29, 2025, the Court granted the parties' stipulation to extend time for Defendants' response to Plaintiff's complaint, setting the due date for Defendants' response to May 28, 2025. *See* Dkt. 14. Unfortunately, I inadvertently missed the filing deadline for Defendants' response due to an administrative calendaring error that set the due date on a different date. I sincerely apologize to the Court for this oversight and will be mindful of all set dates moving forward.

3. My office contacted Plaintiff's counsel regarding Defendants' request for a brief period of additional of time to prepare their response to the complaint, and Plaintiff consented to the request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 13, 2025

*/s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney